**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **Vanessa Jamil,** | **Case No. 1:26-cv-01200-PAB** |
| **Plaintiff,** | |
| **-vs-** | **JUDGE PAMELA A. BARKER** |
| **Markwayne Mullin, et al.,** | |
| **Defendants.** | **MEMORANDUM OPINION & ORDER** |

On May 25, 2026, Plaintiff Vanessa Jamil ("Jamil") filed a Complaint for Declaratory Relief under the Administrative Procedure Act and for a Writ of Mandamus against Defendants Markwayne Millin, Joseph Edlow, and Mark Hansen ("Defendants"). (Doc. No. 1.) Therein, Jamil "seeks to compel a discrete agency action from Defendants to adjudicate at least one of Plaintiff's two long-pending Form I-130 Petitions for Alien Relative ('Form I-130') that have been unreasonably delayed." (*Id.* at ¶ 1.)

On August 26, 2026, Defendants filed a Motion to Dismiss. (Doc. No. 6.) Therein, they argue, among other things, that the Complaint "fails to state a claim under the Administrative Procedure Act, 5 U.S.C. §§ 555, 706, because Plaintiff's Complaint is now moot" and that the Complaint "fails to state a claim under the Mandamus Act, 28 U.S.C. § 1361 because Defendant has adjudicated the I-130 Petitions." (Doc. No. 6-1, PageID #74.) On September 24, 2026, Jamil filed a "Notice of Non-Opposition to Defendants' Motion to Dismiss." (Doc. No. 7.) Therein, Jamil "notifies the Court that Plaintiff does not oppose Defendants' Motion to Dismiss." (*Id.* at PageID #121.)

By filing a response to the Motion to Dismiss that did not substantively respond to any of Defendants' arguments, Jamil has waived opposition thereto and such waiver "amounts to a

forfeiture" of her claims. *Notredan, L.L.C. v. Old Republic Exch. Facilitator Co.*, 531 F. App'x 567, 569 (6th Cir. 2013); *see also Humphrey v. U.S. Attorney Gen.'s Office*, 279 F. App'x 328, 331 (6th Cir. 2008); *DG Gas, LLC v. TA Franchise Sys. LLC*, No. 1:24-cv-01002-PAB, 2025 U.S. Dist. LEXIS 47159, at *81 (N.D. Ohio Mar. 14, 2025) (Barker, J.); *Adam v. Nakhle*, No. 1:22CV2183, 2023 U.S. Dist. LEXIS 206028, at *70-71 at *23 (N.D. Ohio Nov. 17, 2023) (Barker, J.); *Coles v. Johnny Appleseed Broad. Co.*, 479 F. Supp.3d 585, 603 (N.D. Ohio 2020) (Barker, J.). Accordingly, based upon Jamil's express non-opposition to the Motion to Dismiss, the Court GRANTS the Motion to Dismiss. *Brinson v. Lawson*, No. 25-12138, 2025 U.S. Dist. LEXIS 190390, at *1 (E.D. Mich. July 17, 2026) (recommending that Court grant a Rule 12(b)(6) motion when the plaintiff "filed his own motion stating that he wishes to dismiss his claims"), *adopted by* 2026 U.S. Dist. LEXIS 187720 (Aug. 20, 2026).

**IT IS SO ORDERED.**

*s/ Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE

Date: September 25, 2026